RECEIVED
IN ALEXANDRIA, LA.

MAR 13 2014

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARCUS DEANDRE PRESTON | DOCKET NO. 1:13-CV-3006; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| K. ASK-CARLSON | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Petitioner's §2241 application be and is hereby **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED,** at Alexandria, Louisiana, on this 13th day of March, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT